AARON D. FORD
 Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL S. STERLING,<br><br>          Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>          Defendants. | Case No. 3:19-cv-00398-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Daniel S. Sterling, in pro per, and by defendants, Dr. Romeo Aranas and Russelle Donnelly, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon at the Early Mediation Conference which concluded on October 13, 2020.

DATED: 11-2-20, 2020          DATED: November 13, 2020

By: /s/ Daniel Sterling                    By: /s/ Andrea M. Dominguez
Daniel S. Sterling                              Andrea M. Dominguez, Bar No. 15209
*Plaintiff Pro Se*                               Deputy Attorney General
                                                      *Attorneys for NDOC Defendants*

IT IS SO ORDERED.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: November 16, 2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 13th day of November, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Daniel Sterling #33465
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

    /s/Perla M. Hernandez
An employee of the
Office of the Attorney General

2